Motor Car Securities Corporation, appellee, v. C. A. Miller, appellant. Gen. No. 29,352.

Motion to vacate judgment by confession and for leave to defend. Motion denied. Appeal from the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the third

division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925.

M. L. Carmody, for appellant.    E. I. Rothbart, for appellee. Seymour M. Lewis, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.